Le Roy Symond, Respondent, *v.* The Brooklyn City Railroad Company, Appellant.

(Argued April 2, 1931; decided April 16, 1931.)

*Frederick S. Martyn* and *George D. Yeomans* for appellant.

*Samuel Poses, Irving Driesen* and *David E. Grant* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.